IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01785-EWN-OES

BLONDELL F. MITCHELL,

Plaintiff(s),

v.

STEPHEN GRAY,

Defendant(s).

---

RECOMMENDATION FOR DISMISSAL WITHOUT PREJUDICE

---

ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

 Plaintiff is proceeding in this matter without counsel.  She has filed four cases in this court, three of which have been assigned to District Judge Edward W. Nottingham, namely, #05-1167, #05-1784, and this present case, #05-1785.  All of the cases alleged that the various defendants defamed her by stating to other people that she had a "loathsome disease."

 Plaintiff has now filed motions to dismiss all three of her cases pending before Judge Nottingham.  I have previously submitted recommendations that ##'s 1167 and 1784 be dismissed without prejudice.   Plaintiff is moving to dismiss this case for the same reason that she offered in moving to dismiss the previous two, that she now believes that complete diversity did not exist at the time that she filed her Complaint.

 I have checked the docket entries for this case.  No responsive pleading has been filed by any party, and no returns of service are noted.  Rule 41(a)(1) provides

that plaintiff is entitled to dismiss her case without prejudice if no party has filed a responsive pleading.  Fed.R.Civ.P. 41(a)(1).

## RECOMMENDATION

I therefore RECOMMEND that Judge Nottingham GRANT plaintiff's Motion to Dismiss [Doc. 7, filed November 14, 2005], and that he enter an order dismissing this case without prejudice.

Dated at Denver, Colorado, this day of:  November 28, 2005

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge

### ADVISEMENT UNDER FED. R. CIV. P. 72

Be advised that all parties shall have ten (10) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. FED. R. CIV. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within ten (10) days after being served with a copy may bar the aggrieved party from appealing the factual and legal findings of the Magistrate Judge that are accepted or adopted by the District Court. Thomas v. Arn, 474 U.S. 140, 155 (1985); Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991); Niehaus v. Kansas Bar Ass'n, 793 F.2d 1159, 1164 (10th Cir. 1986).